UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENZO SEAMSTER,<br><br>              Plaintiff.<br><br>         v.<br><br>WILL BAPTISTA,<br><br>              Defendant. | Case No. 14-cv-00862 VC (PR)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE COMPLETED IN FORMA PAUPERIS APPLICATION**<br><br>Doc. no. 13 |

   Plaintiff moves for an extension of time to file a completed *in forma pauperis* application. He has not yet filed a certificate of funds in prisoner's account statement signed by an authorized officer from his prison. *See* doc. nos. 11 and 12. Good cause appearing, this motion is granted. Plaintiff shall have twenty-eight days from the date of this order to file the required document.

   **IT IS SO ORDERED.**

Dated: August 15, 2014

_____
VINCE CHHABRIA
United States District Judge