IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LENZO SEAMSTER,**<br><br>Plaintiff,<br><br>v.<br><br>**WILL BAPTISTA,**<br><br>Defendant. | Case No. C 14-00862 VC (PR)<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION |

   Defendant Baptista requested a sixty-day extension of time, up to and including February 15, 2015, to file a summary-judgment motion or other dispositive motion.

   The Court has read and considered Baptista's request and the accompanying declaration of counsel, and finds good cause exists to grant the request.  Accordingly, Baptista's request for a sixty-day extension, up to and including February 15, 2015, is GRANTED.

   Seamster's opposition to the motion for summary judgment or other dispositive motion shall be filed with the Court and served on Baptista no later than twenty-eight days after the date on which Baptista's motion is filed.  Baptista shall file a reply brief no later than fourteen days after the date Seamster's opposition is filed.

//

//

The motion shall be deemed submitted as of the date the reply brief is due.  No hearing will be held on the motion unless the Court so orders at a later date.

IT IS SO ORDERED.

Dated: December 30, 2014

The Honorable Vince Chhabria
United States District Judge