United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| LENZO SEAMSTER,<br><br>    Plaintiff,<br><br>v.<br><br>WILL BAPTISTA,<br><br>    Defendants. | Case No. 14-cv-00862-VC  (NJV)<br><br>**ORDER RE SETTLEMENT CONFERENCE**<br><br>Re: Dkt. No. 50 |

For the settlement conference set in this case for March 18, 2016, Defendants shall appear from Courtroom 14, rather than Courtroom D.  All other matters concerning this settlement conference remain unaltered.

**IT IS SO ORDERED**.

Dated: February 23, 2016

NANDOR J. VADAS
United States Magistrate Judge